# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __19-10207-A__

Monica Stone _____ vs. Robert Hendry, Robert Feipel, et.al. _____

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ($.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

|  | Repro. Method (Mark One) | | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  | In-House | Comm* |  |  |  |  |  |
| Appellate Docketing Fee | — | — | — | — | — |  |  |
| Appellant's Brief |  |  |  |  |  |  |  |
| Appendix |  |  |  |  |  |  |  |
| Appellee's Brief |  | X | 39 | 9 | 351 | $82.13 |  |
| Reply Brief |  |  |  |  |  |  |  |
| Appellee's Supplemental Appendix |  | X | 766 | 5 | 3,830 | $637.86 |  |
|  |  |  |  |  |  |  |  |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $719.99 | $ |
| | | | | | | REQUESTED | ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _[signature]_

Attorney Name: __Christopher J. Whitelock__
(Type or print your name)

E-mail: __cjw@whitelocklegal.com__

Street Address/City/State/Zip: __300 Southeast Thirteenth Street, Fort Lauderdale, FL 33316__

Date Signed: __September 24, 2019__

Attorney for: __Appellees, Rose and Bailes__
(Type or print name of client)

Phone: __(954) 463-2001__

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ _____ against _____

and are payable directly to _____

David J. Smith, Clerk of Court

Issued on: _____ By: _____ DATE: _____
Deputy Clerk

BOC Rev.: 6/17

# FedEx Office

*Stone*

FedEx Office is your destination
for printing and shipping.

300 N Federal Hwy
Fort Lauderdale, FL 33301-1120
Tel: (954) 467-1007

5/16/2019     2:44:11 PM EST
Team Member: Kaceion H.
Customer: April Kadel

SALE

| Binds | Qty 9 | 76.75 |
|---|---|---|
| BW 1S on 24# Wht | 351 @ | 0.1275 T |
| 000330 Reg. Price | 0.17 | |
| Coil Card Cover | 9 @ | 3.3678 T |
| 001284 Reg. Price | 4.49 | |
| BW 1S Cardstock | 9 @ | 0.1878 T |
| 000006 Reg. Price | 0.25 | |
| Price per piece | 8.53 | |
| Regular Total | 102.33 | |
| Discounts | 25.58 | |

| | |
|---|---|
| Sub-Total | 76.75 |
| Tax | 5.38 |
| Deposit | 82.13 |
| **Total** | **82.13** |
| Total Tender | 0.00 |
| Change Due | 0.00 |
| Total Discounts | 25.58 |


*1546003364 2*

Tell us how we're doing and receive
10% off your next $25 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:____ Offer expires 06/30/19

Get your message out in a big way with

# FedEx Office

FedEx Office is your destination
for printing and shipping.

300 N Federal Hwy
Fort Lauderdale, FL 33301-1120
Tel: (954) 467-1007

5/28/2019                    1:42:35 PM EST
Team Member: Jose B.
Customer: April Kadel

SALE

| Case 19-10207-A | Qty 5 | 63.98 |
|---|---|---|
| BW 1S on 24# Wht | 275 @ | 0.1500 T |
| 000330 Reg. Price | 0.17 | |
| Coil Card Cover | 5 @ | 3.1440 T |
| 001284 Reg. Price | 4.49 | |
| BW on Tab Paper | 25 @ | 0.2452 T |
| 000072 Reg. Price | 0.35 | |
| BW 1S Cardstock | 5 @ | 0.1760 T |
| 000006 Reg. Price | 0.25 | |
| Price per piece | 12.80 | |
| Regular Total | 79.20 | |
| Discounts | 15.22 | |

| Case 19-10207-A(2) | Qty 5 | 159.40 |
|---|---|---|
| BW 1S on 24# Wht | 1155 @ | 0.1100 T |
| 000330 Reg. Price | 0.17 | |
| Coil CardStk >1" | 5 @ | 3.8440 T |
| 001285 Reg. Price | 5.49 | |
| BW on Tab Paper | 50 @ | 0.2450 T |
| 000072 Reg. Price | 0.35 | |
| BW 1S Cardstock | 5 @ | 0.1760 T |
| 000006 Reg. Price | 0.25 | |
| Price per piece | 31.88 | |
| Regular Total | 242.55 | |
| Discounts | 83.15 | |

| Case 19-10207-A(3) | Qty 5 | 160.58 |
|---|---|---|
| BW 1S on 24# Wht | 1110 @ | 0.1100 T |
| 000330 Reg. Price | 0.17 | |
| Coil CardStk >1" | 5 @ | 3.8440 T |
| 001285 Reg. Price | 5.49 | |
| BW on Tab Paper | 75 @ | 0.2451 T |
| 000072 Reg. Price | 0.35 | |

| | | |
|---|---|---|
| Case 19-10207-A(3) | Qty 5 | 160.58 |
| BW 1S on 24# Wht | 1110 @ | 0.1100 T |
| 000330 Reg. Price | 0.17 | |
| Coil CardStk >1" | 5 @ | 3.8440 T |
| 001285 Reg. Price | 5.49 | |
| BW on Tab Paper | 75 @ | 0.2451 T |
| 000072 Reg. Price | 0.35 | |
| BW 1S Cardstock | 5 @ | 0.1760 T |
| 000006 Reg. Price | 0.25 | |
| Price per piece | 32.12 | |
| Regular Total | 243.65 | |
| Discounts | 83.07 | |
| | | |
| Case 19-10207-A(4) | Qty 5 | 166.70 |
| BW 1S on 24# Wht | 1110 @ | 0.1100 T |
| 000330 Reg. Price | 0.17 | |
| Coil CardStk >1" | 5 @ | 3.8440 T |
| 001285 Reg. Price | 5.49 | |
| BW on Tab Paper | 100 @ | 0.2450 T |
| 000072 Reg. Price | 0.35 | |
| BW 1S Cardstock | 5 @ | 0.1760 T |
| 000006 Reg. Price | 0.25 | |
| Price per piece | 33.34 | |
| Regular Total | 252.40 | |
| Discounts | 85.70 | |
| | | |
| TAB CREATION | Qty 1 | 29.40 |
| Tab Design | 42 @ | 0.7000 T |
| 001371 Reg. Price | 1.00 | |
| Price per piece | 29.40 | |
| Regular Total | 42.00 | |
| Discounts | 12.60 | |
| | | |
| ORIGINAL COVERS | Qty 4 | 0.70 |
| BW 1S Cardstock | 4 @ | 0.1750 T |
| 000006 Reg. Price | 0.25 | |
| Price per piece | 0.18 | |
| Regular Total | 1.00 | |
| Discounts | 0.30 | |
| | | |
| ORIGINAL BINDING | Qty 4 | 15.37 |
| Coil CardStk >1" | 4 @ | 3.8425 T |
| 001285 Reg. Price | 5.49 | |
| Price per piece | 3.84 | |
| Regular Total | 21.96 | |
| Discounts | 6.59 | |
| | | |
| Sub-Total | | 596.13 |
| Tax | | 41.73 |
| Deposit | | 0.00 |

|                |         |
|----------------|---------|
| Sub-Total      | 596.13  |
| Tax            | 41.73   |
| Deposit        | 0.00    |
| Total          | 637.86  |

*************** PURCHASE ***************
APPROVED

| | |
|---|---|
| Total: | $637.86 |
| Card Type: | VISA |
| Card Entry: | MANUAL |
| Acct #: | ************3522 |
| Approval Code: 03375B | |

| | |
|---|---|
| Total Tender | 637.86 |
| Change Due | 0.00 |

Total Discounts  286.63



*1546003426 6*

Tell us how we're doing and receive
10% off your next $25 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:____ Offer expires 06/30/19

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

By submitting your project to FedEx
Office or by making a purchase in the
FedEx Office store, you agree to all the
FedEx Office terms and conditions,
including limitations of liability,
located at fedex.com/office, or you
may request a copy of our terms and
conditions, which will be made available
to you upon request.

Customer Copy

*Stone*
Copying & Binding of
Supplemental Appendix